**NALVEN & SCHACHT**
ATTORNEYS AT LAW

350 FIFTH AVENUE, SUITE 1422
NEW YORK, NEW YORK 10118
TELEPHONE: (212) 616 - 5540
FACSIMILE: (212) 616 - 5543

PAUL R. NALVEN*
ALEXEI SCHACHT

*MEMBER OF NEW YORK
AND NEW JERSEY BARS

NEW JERSEY OFFICE

70 SOUTH ORANGE AVENUE, SUITE 145
LIVINGSTON, NEW JERSEY 07039
TELEPHONE: (973) 655-1000
FACSIMILE: (973) 992-0431

BROOKLYN OFFICE

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.
★ MAY 15 2006 ★

May 4, 2006

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Granted.
So ordered.

s/John Gleeson

5-10-06

Re: United States v. Jenny Tobon, 03 Cr. 349 (JG)

Dear Judge Gleeson:

This law firm represents Jenny Tobon and I write to the Court to ask that she be given permission to retrieve her passport from the authorities for a 48-hour period so that she may apply for a New York State non-driver's license identification card. As a condition of her bail package, Ms. Tobon had to surrender her passport. The Court has previously granted her this same relief but several days ago Ms. Tobon lost her wallet and now has no identification at all. Therefore, she would like to have the chance to obtain new identification.

As always, thank you for considering this request.

Respectfully submitted,

Alexei Schacht

cc: A.U.S.A. Lee Freedman